UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

JEANINE LEAVY

                      Plaintiff

*against*

THE STOP & SHOP SUPERMARKET COMPANY LLC

                      Defendant
---------------------------------------------------------------X

Docket #: 1:21-CV-3178

## NOTICE OF FILING OF PETITION FOR REMOVAL

PLEASE TAKE NOTICE that the defendant have/has on this date filed a Petition for Removal in the office of the Clerk of the United States District Court for the Eastern District of New York.

Dated: Mineola, New York
June 4, 2021

THE STOP & SHOP SUPERMARKET COMPANY LLC

*Sasha Shafeek*

By: _____
Sasha Shafeek, Esq. [SS6348]
TORINO & BERNSTEIN, P.C.
Attorney for Defendant
200 Old Country Road, Suite 220
Mineola, NY 11501
(516) 747-4301 Fax: (516) 747-5956

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid on this June 4, 2021, to HARMON, LINDER & ROGOWSKY, 3 Park Avenue, Suite 2300, New York, NY 10016

*Sasha Shafeek*

_____
Sasha Shafeek